THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
GEORGE B. FOWLER, Impleaded, etc., Respondent.

(Submitted October 17, 1881; decided October 28, 1881.)

*E. Wells* for appellant.

*Thomas Nelson* for respondent.

Agree to affirm without opinion.
All concur, except FINCH, J., absent.
Judgment affirmed.